No. 79. TROTTER, GUARDIAN, *v.* TENNESSEE. October 9, 1933. Petition for writ of certiorari to the Supreme

Court of Tennessee granted. *Mr. Russel R. Kramer* for petitioner. *Mr. James G. Johnson* for respondent.